TODD BLANCHE
Acting Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264
TAMER B. BOTROS
Assistant United States Attorney
Nevada Bar No. 12183
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Tamer.Botros@usdoj.gov

*Attorneys for the Federal Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Aylin Ramona Morales Ortega,<br><br>Plaintiff<br><br>v.<br><br>Markwayne Mullin, *et al.*<br><br>Defendants | Case No. 2:26-cv-01671-CDS-MDC<br><br>**Order Granting Federal Defendants' UNOPPOSED Motion for Extension of Time to File a Response to Plaintiffs' Complaint (ECF No. 1)**<br><br>[ECF No. 5] |

Federal Defendants, by and through undersigned counsel, move this Court for a 10-day extension of time, from **August 14, 2026**, up to and including **August 24, 2026**, in which to file a response to Plaintiff's Complaint (ECF No. 1). Undersigned AUSA and agency counsel have several competing deadlines and needs additional time to review Plaintiff's file, to identify whether additional information is needed, and to finalize a response.

On August 7, 2026, the parties conferred and Plaintiff's counsel does not oppose the Government receiving an extension to **August 24, 2026**. This is Federal Defendants' first request for an extension of time to respond to Plaintiff's Complaint. This request is made in good faith and not for the purpose of any undue delay.

**<u>Memorandum of Points and Authorities</u>**

On June 2, 2026, Plaintiff filed the operative Complaint. ECF No. 1. On June 15, 2026, Federal Defendants received Plaintiff's summons and complaint via U.S. mail. Federal Defendants' current deadline to respond to the Complaint is **August 14, 2026**. *See* Fed. R.

Civ. P. 12(a)(2). Additional time is necessary for the Federal Defendants to file a response to the Complaint because undersigned AUSA and agency counsel have several competing deadlines and need additional time to review Plaintiffs' file, to identify whether additional information is needed, and to finalize a response.

Under Federal Rule of Civil Procedure 6(b), a court may, "for good cause," extend a deadline if a request is made "before the original time or its extension requires." Fed. R. Civ. P. 6(b)(1)(A); *see also* Local Rule IA 6-1(a). The Ninth Circuit has equated good cause with the exercise of due diligence. *See Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992). Additionally, Fed. R. Civ. P. 6(b)(1) should "be liberally construed to effectuate the general purpose of seeing that cases are tried on the merits," and "requests for extensions of time made before the applicable deadline has passed should normally be granted in the absence of bad faith or prejudice to the adverse party." *Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1253, 1258–59 (9th Cir. 2010) (internal citations omitted). Courts also have inherent authority to manage their own dockets. *Hamilton Copper & Steel Corp. v. Primary Steel, Inc.*, 898 F.2d 1428, 1429 (9th Cir. 1990); *Oliva v. Sullivan*, 958 F.2d 272, 273 (9th Cir. 1992).

Undersigned AUSA is acting diligently in seeking information from United States Citizenship and Immigration Services regarding the claims and allegations in Plaintiff's Complaint. However, because of several other competing deadlines, undersigned AUSA and agency counsel will need more time to obtain and review the information available and finalize a response to the Complaint. Without such additional time, a proper response to the Complaint cannot be filed.

For these reasons, Federal Respondents respectfully request a 10-day extension from August 14, 2026, to **August 24, 2026**, to file a response to Plaintiff's Complaint.

If this unopposed motion for an extension of time is granted, the new deadline to respond to Plaintiff's Complaint will be **August 24, 2026**. Given Federal Defendants'

diligence, and Plaintiff's lack of opposition, good cause exists for the 10-day extension. Federal Defendants, therefore, respectfully request that the Court grant this motion.

Respectfully submitted this 7th day of August 2026.

TODD BLANCHE
Acting United States Attorney General
SIGAL CHATTAH
First Assistant United States Attorney

*/s/ Tamer B. Botros*
TAMER B. BOTROS
Assistant United States Attorney

**IT IS SO ORDERED:**

______________________________
**U.S. District Judge**

**DATED:** August 11, 2026